# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

IN RE: ) CHAPTER 13

**KELVIN & MAYRA PEREZ ORTIZ** ) CASE NO. 06-50551AHWS

### PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check # 409377 $122.43

$122.43
#274802

**FNANB/CIRCUIT CITY
RECOVERY DEPT.
P. O. BOX 100018
KENNESAW, GA 30156-9204**

OVER 90 DAYS AND FOE

Dated at Hartford, Connecticut this         day of         , 2011.

/s/
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

Debtor: 46 VALLEY CIRCLE BRIDGEPORT, CT 06606
Office of the U.S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV
Debtor's Counsel: gwderbyshire@snet.net

/s/
Molly T. Whiton, Chapter 13 Standing Trustee

